STATE OF NEW JERSEY v. RAYMOND NUNEZ.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD ALLEN SHOESMITH.

September 16, 1986.

Petition for certification denied.

TEAMSTERS LOCAL UNION NO. 676 v. OUR LADY OF LOURDES MEDICAL CENTER.

September 16, 1986.

Petition for certification denied.

UNION COUNTY SAVINGS BANK v. LEON J. HUPPERT.

September 16, 1986.

Petition for certification denied.